IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CARISSA HARTUNG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 08-350-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| DANIEL GORDON, DANIEL GORDON, PC, and MIDLAND FUNDING, LLC, aka MIDLAND FUNDING NCC-2 CORP., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

    Bret Knewtson
    3000 NW Stucki PL STE 230-M
    Hillsboro, Oregon  97124

        Attorney for Plaintiff

    Jonathan Mark Radmacher
    Peter D. Stutheit
    McEwen Gisvold
    1100 SW Sixth Avenue, Suite 1600
    Portland, Oregon  97204

        Attorneys for Defendants

Page 1 - JUDGMENT

KING, Judge:

Defendants made an offer of judgment, which was accepted by plaintiff.

It is ordered that:

the plaintiff Carissa Hartung recover from the defendants Daniel Gordon, Daniel Gordon P.C., and Midland Funding, LLC, AKA Midland Funding NCC-2 Corp. the amount of $3,500.00.

Dated this ____8th____ day of September, 2008.

      /s/ Garr M. King
Garr M. King
United States District Judge

Page 2 - JUDGMENT